No. 5766. CORKRAN v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 5767. WIMBERLY v. CRAVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 5771. STEPHENS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 5772. BADGER v. LAVALLEE, WARDEN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 5773. SPANN v. MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 5775. CURTIS v. PATE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 5776. ROSENBERG v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 5777. DEJARNETTE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5779. ANGELICO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 5780. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 5782. FOUR STAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5783. SWINICK v. NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 5967. SWINICK v. CITY OF NEW YORK DEPARTMENT OF SOCIAL SERVICES ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.